UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHADLEY WAYNE THAMES, et al.,

          Plaintiffs,

    v.

MENDOCINO COAST HUMAIN SOCIETY, et al.,

          Defendants.

Case No.  25-cv-09341-WHO

**ORDER TO SHOW CAUSE**

On January 20, 2026, I granted in part and denied in part the City of Ft. Bragg's motion to dismiss.  Dkt. No. 30.  I explained the problems with plaintiff Thames' existing claims against Ft. Bragg:

(1) While he had potentially stated federal Due Process and Fourth Amendment claims against Ft. Bragg, Thames could not secure relief from Ft. Bragg unless he alleged facts showing Ft. Bragg had a "policy, practice or custom of illegally seizing dogs or cars or failing to provide post-deprivation hearings after seizing dogs under Penal Code section 597.1."

(2) Thames would need to amend his complaint to name as defendants the Ft. Bragg officers that were involved with the seizure of his dog and/or car.

(3) Thames would need to amend his complaint to provide "more details identifying how and when he complained to the City regarding the illegal seizure of his dog or car in order to satisfy the [California Tort Claims Act] requirement," to seek damages from Ft. Bragg on his state law claims.

*See* January 2026 Order.  I gave Thames until February 19, 2026 to file an amended complaint addressing these issues.  *Id*.

As of today's date, Thames had not filed an amended complaint. If Thames wishes to

continue with this case in federal court, he should respond to this Order to Show Cause by filing an amended complaint addressing the issues identified by **April 10, 2026**.

If Thames does not file an amended complaint by that date, this case will be dismissed. Specifically, I will dismiss the federal claims for failure to prosecute under Federal Rule of Civil Procedure 41(b), and I will decline to exercise supplemental jurisdiction over the state law claims asserted against Ft. Bragg and Mendocino Humaine Society.

**IT IS SO ORDERED.**

Dated: March 11, 2026



William H. Orrick
United States District Judge

United States District Court
Northern District of California