UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHADLEY WAYNE THAMES, et al.,

        Plaintiffs,

    v.

MENDOCINO COAST HUMAIN SOCIETY, et al.,

        Defendants.

Case No. 25-cv-09341-WHO

**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**

On March 11, 2026 I issued an Order to Show Cause, requiring plaintiff to file an amended complaint by April 10, 2026. I explained that failure to file an amended complaint would lead to dismissal of his federal claims for failure to prosecute and I would decline to exercise supplemental jurisdiction and dismiss without prejudice his state law claims against Ft. Bragg and the Mendocino Humane Society.

As of the date of this Order, plaintiff has not filed the required amended complaint.

Therefore, Thames' federal claims are dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b). I decline to exercise supplemental jurisdiction over the state law claims asserted against Ft. Bragg and the Mendocino Humane Society and those claims are dismissed without prejudice. The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: April 15, 2026



William H. Orrick
United States District Judge

United States District Court
Northern District of California